**IN the INTEREST OF: R.M.**

**Juvenile Officer, Respondent,**

v.

**L.R. (Natural Mother), Appellant.**

**WD 80442**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 10, 2017

Edward E. Moore, Kansas City, MO, Attorney for Respondent.

Megan Roth and Benjamin L. Hubbard, Kansas City, MO, Attorneys for Appellant.

Anastacia Renae Adamson, Kansas City, MO, Guardian ad litem.

Before Division Two: Edward R. Ardini, Jr., Presiding Judge, and Karen King Mitchell and Anthony Rex Gabbert, Judges

### Order

Per Curiam:

Mother appeals the circuit court's judgment terminating her parental rights. Because there is clear, cogent, and convincing evidence to support the trial court's finding under § 211.447.5(2)(d) that, though physically and financially able to do so, Mother failed to provide for R.M.'s needs, we affirm. Rule 84.16(b).